1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

INFRINGEMENT CLAIM CHART FOR BLUETOOTH PRODUCTS

| US Patent RE41,685 | | |
|---|---|---|
| *10. A light source* | | The MagicLight Bluetooth Bulb is a light source. |
| *comprising: an optical cavity* | | The opaque plastic dome creates an optical cavity. |
| *a plurality of first light-emitting diodes each of which is a phosphor light-emitting diode that emits white light* | | The bulb has 12 SMD (surface mounted diodes) comprising a plurality of phosphor LEDs that emit white light. |

| | | |
|---|---|---|
| *each first light-emitting diode comprising a diode encased in a light-transmitting package;* |  | Each first LED is encased in a light transmitting package. |
| *a plurality of second light- emitting diodes each of which emits non-white light, each second light- emitting diode comprising a diode encased in a light- transmitting package* |  | Each bulb has three tri-LED SMD chips.<br><br>Each tri-LED chip has a second non- white (red) LED encased in a light transmitting package. |
| *wherein the first and second light-emitting diodes are arranged to emit light into the optical cavity such that mixing of spectral outputs from the first and second light-emitting diodes occurs in the optical cavity.* |  | Each bulb has the plurality of the LEDs that emit white light and the plurality of non-white light LEDs arranged to emit light into the optical cavity so that mixing occurs in the optical cavity. |

| | | |
|---|---|---|
| *11. A light source of claim 10, further comprising at least one third light-emitting diode having a spectral output different from those of the first and second light-emitting diodes.* |  | Each tri-LED SMD chip has a third LED (green) that has a spectral output different than the first (white) and second (red) LED's. |
| *12. A light source of claim 11, wherein the spectral output of the second light-emitting diodes is a red output.* |  | Each tri-LED chip has a second non- white (red) LED encased in a light transmitting package. |
| *13. A light source of claim 11, wherein the spectral output of the third light-emitting diode is a green output.* |  | Each tri-LED chip has a third (green) LED encased in a light transmitting package. |

| | | |
|---|---|---|
| *14. A light source of claim 13, further comprising at least one fourth light-emitting diode having a blue output.* |  | Each tri-LED chip has a fourth (blue) LED encased in a light transmitting package. |